IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

———————

No. 26-2217

UNITED STATES OF AMERICA,

Plaintiff-Appellant

v.

WISCONSIN ELECTION COMMISSION, et al.

Defendants-Appellees

COMMON CAUSE, et al.,

Intervening Defendants-
Appellees

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
District Court No. 3:25-CV-1036-JDP
The Honorable James D. Peterson

———————

UNITED STATES' CIRCUIT RULE 3(C) APPELLATE DOCKETING
STATEMENT

Plaintiff United States of America by Andrew G. Braniff submits the following docketing statement pursuant to Seventh Circuit Rule 3(c):

1.     In this action, the United States filed a Complaint on December 18, 2025 under Title III of the Civil Rights Act of 1960, 52 U.S.C. 20703, and a Motion to Compel the production of documents under the same statute, 52 U.S.C. 20705, against the Wisconsin Elections Commission (WEC); Meagan Wolfe in her official capacity as Administrator of the WEC; and Ann S. Jacobs, Mark L. Thomsen, Carrie Riepl, Don M. Millis, Robert Spindell, Jr., and Marge Bostelmann in their official capacities as Commissioners of the WEC.

2.     Administrator Wolfe and Commissioners Jacobs, Thomsen, Riepl, Millis, Spindell, and Bostelmann were sued in their official capacities and remain the current occupants of their offices.  See 7th Cir. R. 3(c)(1).

3.     Intervenors Common Cause, Melissa Adams, Amanda Makulec, Jaime Riefer, Wisconsin Alliance for Retired Americans, and Forward Latino, moved to intervene as defendants. The court granted their requests on January 22, 2026.

4.     The district court had subject matter jurisdiction under 28

U.S.C. 1331.

5.     Defendants moved to dismiss the United States' Complaint on February 2, 2026. Intervenor-defendants Wisconsin Alliance for Retired Americans and Forward Latino filed a brief in support of defendants' Motion to Dismiss on February 12, 2026. Intervenor-defendants Common Cause, Adams, Makulec, and Riefer moved to dismiss on February 12, 2026.

6.     The district court entered an Order denying the Motion to Compel and granting the Motions to Dismiss on May 21, 2026. The district court entered Judgment on May 27, 2026.

7.     The United States filed a timely Notice of Appeal with the district court on June 5, 2026. See Fed. R. App. P. 4(a)(1)(B).

8.     The United States seeks appellate review of the district court's Order dismissing its Complaint and denying its Motion to Compel because the district court found the Wisconsin statewide voter registration list (SVRL) is not a record under Title III.  This Court has jurisdiction under 28 U.S.C. 1291.

9.     The United States appeals the district court's Order in which it held that the Wisconsin SVRL is not a record under Title III. The

United States also plans to address other arguments raised by the defendants and intervenor-defendants below: (1) that the Attorney General is not entitled to the unredacted SVRL under Title III; (2) that the Attorney General did not provide a valid basis and purpose for the request; and (3) that the Attorney General's request is barred under state and federal privacy laws.

Respectfully submitted,

HARMEET K. DHILLON
  Assistant Attorney General

JESUS A. OSETE
  Principal Deputy Assistant
  Attorney General

/s/ Joseph W. Voiland
JOSEPH W. VOILAND
  Attorney

ANDREW G. BRANIFF
  Acting Chief, Appellate Section
KELSEY E. MCGEE
  (Counsel of Record)
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  P.O. Box 14403
  Washington, D.C. 2044-4403
  Telephone: (202) 251-0053
  Kelsey.McGee@usdoj.gov

Attorneys for the United States

Dated: June 12, 2026