# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 15, 2026

Before
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| No. 26-2217 | UNITED STATES OF AMERICA,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION, et al.,<br>　　　　Defendants - Appellees<br><br>and<br><br>COMMON CAUSE, et al.,<br>　　　　Intervening Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:25-cv-01036-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson | |

Upon consideration of the **UNITED STATES' OPPOSED MOTION TO EXPEDITE BRIEFING EMERGENCY MOTION UNDER SEVENTH CIRCUIT RULE 27 THIS MOTION REQUESTS RELIEF BY JULY 7, 2026**, filed on June 12, 2026, by counsel for the appellant,

**IT IS ORDERED** that the appellees shall file a response on or before June 18, 2026.

form name: **c7_Order_3J**　　(form ID: **177**)