# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 23, 2026

*Before*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| No. 26-2217 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION, et al.,<br>Defendants - Appellees<br><br>and<br><br>COMMON CAUSE, et al.,<br>Intervening Defendants - Appellees |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 3:25-cv-01036-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson |

The following are before the court:

1. **UNITED STATES' OPPOSED MOTION TO EXPEDITE BRIEFING EMERGENCY MOTION UNDER SEVENTH CIRCUIT RULE 27**, filed on June 12, 2026, by counsel for the appellant.

2. **RESPONSE TO APPELLANT'S MOTION FOR EMERGENCY SCHEDULE**, filed on June 18, 2026, by counsel for the Wisconsin Elections Commission appellees.

3. **INTERVENORS-APPELLEES WISCONSIN ALLIANCE FOR RETIRED AMERICANS AND FORWARD LATINO'S OPPOSITION TO UNITED STATES' MOTION TO EXPEDITE APPEAL**, filed on June 18, 2026, by counsel for intervenors-defendants-appellees Wisconsin Alliance for Retired Americans and Forward Latino.

4. **OPPOSITION OF DEFENDANTS-INTERVENORS-APPELLEES COMMON CAUSE, MELISSA ADAMS, AMANDA MAKULEC, AND JAIME RIEFER TO UNITED STATES' EMERGENCY MOTION TO EXPEDITE BRIEFING**, filed on June 18, 2026, by counsel for intervenors-defendants-appellees Common Cause, Melissa Adams, Amanda Makulec, and Jaime Riefer.

**IT IS ORDERED** that the motion to expedite the appeal is **DENIED**.