No. 26-2217

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

     Plaintiff-Appellant,

 v.

WISCONSIN ELECTIONS COMMISSION, et al.,

     Defendants-Appellees,

COMMON CAUSE, et al.,

     Intervening Defendants-Appellees.

## MOTION FOR EXTENSION OF TIME BY DEFENDANTS-APPELLEES

Defendants-Appellees respectfully move this Court, under 7th Cir. Rule 26, for an extension of the date to file the briefs of all Appellees, including the Elections Commission and Intervenor Appellees. Appellees' brief is currently due August 3, 2026. The extension, if granted, would move the deadline to **August 17, 2026**. This is Defendants-Appellees' first request for an extension. The cause for the extension request includes the deadlines and responsibilities Defendants-Appellees' attorney has in other cases, which are listed in the attached declaration.

Dated this 15th day of July 2026.

<div style="margin-left:50%">

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

s/ Charlotte Gibson
CHARLOTTE GIBSON
Assistant Attorney General
State Bar #1038845

Attorneys for Defendants-Appellees

</div>

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 957-5218
(608) 294-2907 (Fax)
charlie.gibson@wisdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 15, I electronically filed the foregoing Motion for Extension of Time and Supporting Declaration with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

Dated this 15th day of July 2026.

<div style="margin-left:50%">

s/ Charlotte Gibson
CHARLOTTE GIBSON
Assistant Attorney General
State Bar #1038845

</div>

No. 26-2217

IN THE UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

      Plaintiff-Appellant,

  v.

WISCONSIN ELECTIONS COMMISSION, et al.,

      Defendants-Appellees,

COMMON CAUSE, et al.,

      Intervening Defendants-Appellees.

## DECLARATION OF CHARLOTTE GIBSON IN SUPPORT OF DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME

I, CHARLOTTE GIBSON, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am an assistant attorney general in the Special Litigation and Appeals Unit of the Wisconsin Department of Justice. In that capacity, I represent Defendants-Appellees and am the only attorney currently assigned to this case.

2.    I make this declaration in support of Defendants-Appellees motion for an extension of time to file their appellee brief. This is Defendants-Appellees first request for an extension.

3.      Appellant's opening brief was filed July 2, 2026. (7th Dkt. 77.) That makes Appellees' brief currently due August 3, 2026 (the Monday after August 1). Appellees request that the deadline for all Appellee briefs, including both theirs and those of Intervenor Appellees, be extended by 14 days to **August 17, 2026**. This is Appellees' first request for an extension.

4.      Since service of Appellant's brief, I have been and will be engaged in her deadline work and obligations within the special litigation unit:

   a.      Working on replies in support of remand in cases relating to the State's cases *in State v. Polymarket, State v. Kalshi,* and *State v. Crypto.com*, removed case nos. 26-CV-378, 26-CV-378, and 26-CV-381 (W.D. Wis.),

   b.      Preparing an expedited response to a petition for leave to appeal a non-final order in *State v. CarGuard*, no. 26AP1461-LV (Wis. Ct. App.),

   c.      Preparing a motion to dismiss the complaint in *Americans for Citizens Voting PAC v. Wolfe*, no. 2:26-CV-786 (E.D. Wis.),

   d.      Assisting clients with their response to a recent Wisconsin Supreme Court opinion,

e.  Drafting the Attorney General's required explanatory statement of three referendum questions placed on the November ballot by the Wisconsin legislature, and

f.  Editing numerous briefs prepared by DOJ attorneys in my role on the special litigation brief review team.

5. In addition, I was or will be off work for two weeks for long-planned family events. From July 6–10, I was off work helping with my new grandchild, and from July 20–24, I will be off work on a vacation with extended family, including an elderly parent and in-laws.

6. The Wisconsin DOJ's internal review procedure for the special litigation group requires that briefs be submitted for internal review approximately one week before they are due for filing. Based on the current due date for Appellees' brief, I would be expected to circulate a complete draft of the brief on or before July 27.

7. In addition to my own workload, the unit is currently functioning with only three support staff responsible for proofreading and filing all briefs in the unit. They are already working well over fulltime to accomplish that work, and benefit from any flexibility in our deadlines.

8. Due to the foregoing factors, it would be very difficult to prepare, draft, and timely file and serve a response brief by August 3, 2026.

9.     Reassigning responsibility for this appeal is not practical given the current workloads of other attorneys in the special litigation unit.

10.     Appellees have not previously requested any extensions of time in this case.

11.     I inquired with counsel for the other parties in the case. Counsel for all Intervenor Appellees have no objection to the request but ask that the deadline for all appellees' response briefs be August 17. Counsel for the United States indicates that it opposes Appellees' request.

12.     I believe good cause exists to grant an extension of time for filing Appellees' response brief until August 17, 2026.

Dated this 15th day of July 2026.

Electronically signed by:

s/Charlotte Gibson
CHARLOTTE GIBSON
Assistant Attorney General