# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 20, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2217 | UNITED STATES OF AMERICA,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION, et al.,<br>　　　　Defendants - Appellees<br><br>and<br><br>COMMON CAUSE, et al.,<br>　　　　Intervening Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:25-cv-01036-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson |

Upon consideration of the **MOTION FOR EXTENSION OF TIME BY DEFENDANTS-APPELLEES**, filed on July 15, 2026, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The briefs of the appellees are due by August 17, 2026.

2. The reply brief of the appellant, if any, is due by September 8, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellees brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**　　(form ID: **178**)