# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

August 17, 2026

<table>
<tr><td>No. 26-2217</td><td>UNITED STATES OF AMERICA,<br>Plaintiff - Appellant<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION, et al.,<br>Defendants - Appellees<br><br>and<br><br>COMMON CAUSE, et al.,<br>Intervening Defendants - Appellees</td></tr>
<tr><td colspan="2">Originating Case Information:</td></tr>
<tr><td colspan="2">District Court No: 3:25-cv-01036-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson</td></tr>
</table>

**To:**

Jonathan Topaz
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the

revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

A Disclosure Statement or Amended Disclosure Statement is required. See Fed. R. App. P. 26.1, 28(a)(1), and 28(b). (The disclosure statements must be placed right after the cover page and before the table of contents).

The front cover of the appendix is incorrect. See Fed. R. App. P. 32(a)(2)(A) through (F).

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court

By: Deputy Clerk:

______________________________
S. K.

NOTE: Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.

form name: **c7_Brief_Deficiency_Letter** (form ID: **187**)